IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00362-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JESUS J. HINOJOS,

      Defendant.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 5, 2009.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States Senior District Judge